| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

THOMAS MARTIN SUKUP, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:12-CV-67
§
RAYMOND NUNEZ, *et al.*, §
§
    Defendants. §

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Thomas Martin Sukup, formerly an inmate confined at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, brought this lawsuit against prison officials.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends this action be dismissed without prejudice.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendation.

SIGNED at Beaumont, Texas, this 30th day of December, 2014.

                                  MARCIA A. CRONE
                           UNITED STATES DISTRICT JUDGE